MH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Liu Wei,<br>Petitioner,<br>v.<br>Markwayne Mullin, et al.,<br>Respondents. | No. CV-26-06398-PHX-MSA<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) On September 10, 2026, the Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In their Response, Respondents state, "Respondents do not oppose the habeas petition or Petitioner's request for a bond hearing." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are **denied** as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 18th day of September, 2026.

Honorable Maria S. Aguilera
United States Magistrate Judge